AO 458 (Rev. 06/09) Appearance of Counsel

# UNITED STATES DISTRICT COURT
for the
Eastern District of New York

| UNITED STATES OF AMERICA | ) |
|---|---|
| *Plaintiff* | ) |
| v. | )   Case No.   12-MJ-198 |
| CARMEN MARTUCCI | ) |
| *Defendant* | ) |

## APPEARANCE OF COUNSEL

To: The clerk of court and all parties of record

I am admitted or otherwise authorized to practice in this court, and I appear in this case as counsel for:

DEFENDANT CARMEN MARTUCCI

Date: 03/07/2012

S/ Edward V. Sapone
*Attorney's signature*

Edward V. Sapone (ES-2553)
*Printed name and bar number*

Edward V. Sapone, L.L.C.
40 Fulton Street, 23rd Floor
New York, NY 10038
*Address*

edward@saponelaw.com
*E-mail address*

(212) 349-9000
*Telephone number*

(212) 349-9003
*FAX number*